Eighth Circuit denied. *Mr. Robert F. Blair* and *Mr. George S. Ramsey* for petitioners. No appearance for respondent.

---

No. 798. J. E. BARRACK ET AL. *v.* TOWN OF FAIRBANKS, ALASKA. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John E. Alexander* for petitioners. *Mr. Alfred Sutro, Mr. E. S. Pillsbury, Mr. Frank D. Madison, Mr. H. D. Pillsbury* and *Mr. Oscar Sutro* for respondent.

---

No. 803. ROBERT DOLLAR COMPANY *v.* AMERICAN ASIATIC COMPANY. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ira S. Lillick* and *Mr. Farnham P. Griffiths* for petitioner. *Mr. R. M. Fitzgerald* for respondent.

---

No. 807. E. I. HORSMAN ET AL., ETC. *v.* ALFRED A. KAUFMAN ET AL. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. O. Ellery Edwards* for petitioners. No appearance for respondents.

---

No. 811. FRANCE AND CANADA STEAMSHIP CORPORATION *v.* FRENCH REPUBLIC. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Carroll G. Walter* and *Mr. J. Culbert Palmer* for petitioner. *Mr. W. H. McGrann* for respondent.

---

No. 812. W. EVERETT ET AL. *v.* UNITED STATES ET AL. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.